**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Achaogen, Inc.,<br><br>     Debtor. | Chapter 11<br><br>Case No. 19-10844 (BLS) |
| Edward E. Neiger, not individually, but as Plan Trustee of the Achaogen Plan Trust,<br><br>     Plaintiff,<br><br>vs.<br><br>Right Management Inc.,<br><br>     Defendant. | Adv. No.  21-50296 |

**NOTICE OF DISMISSAL OF ADVERSARY PROCEEDING**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses this action in its entirety with prejudice.  An answer has not been filed.

Dated: July 28, 2021

**COLE SCHOTZ P.C.**

By:  /s/ *Justin R. Alberto*
Justin R. Alberto, Esq., DE SBN 5126
Andrew Roth-Moore, Esq., DE SBN 5988
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Telephone: (302) 652-3131
Email: jalberto@coleschotz.com
       aroth-moore@coleschotz.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3845
Email: jsteinfeld@askllp.com

*-and-*

Marianna Udem, Esq.
60 East 42nd Street, 46th Floor
New York, NY  10065
Telephone: (212) 267-7342
Email: mudem@askllp.com

*Counsel for Plaintiff, Edward E. Neiger,*
*Plan Trustee for the Achaogen Plan Trustee*